UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

Case No.     CV07 -3298-JSL                                         Date: Oct. 29, 2008

Title: Taverniti Holdings,  -v- Jennifer Lukes, et al
===============================================================================:

**THE HONORABLE J. SPENCER LETTS**

Nancy J. Webb                                                    Not Present
Courtroom Clerk                                                  Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFFS:       ATTORNEYS PRESENT FOR DEFENDANTS:

 Not present                                                     Not present

PROCEEDINGS: **ORDER TO SHOW CAUSE**: (In chambers)

   IT IS ORDERED that counsel for plaintiff show cause in writing not later than Nov. 14,2008 why this
   action should not be dismissed for lack of prosecution.

 No oral argument will be heard on this matter unless ordered by the Court.  The Order to Show Cause will
 stand submitted upon the filing of plaintiff(s) response.  The Court will consider as a satisfactory response
 the filing of one or more of the following on or before the date shown above.

   X__    Proof of Service of summons and complaint on all defendants.

   X      Defendants answer or plaintiff's request to enter default.

   **XX    Plaintiff's filing of a motion for entry of default Judgment (or request to the Clerk -
          See F.R.C.P.)
            As to defendant Advantagecom Network**


          CV MINUTES                            Initials of Deputy Clerk___nw

                                                                ____:00